■ FERNANDO DACUNHA, Respondent, v LUCILLE DACUNHA, Appellant.—Appeal by the defendant from an order of the Supreme Court, Westchester County (Walsh, J.), entered February 17, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Walsh at the Supreme Court. Thompson, J. P., Rubin, Rosenblatt and Miller, JJ., concur.